THOMAS McCAFFREY, Appellant, v. L. M. BLUMSTEIN, INC., Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application for Compulsory Account in the Estate of JACOB APPELL, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FRIEDA DAVIDSON v. MOSES SHINDLER. SOLLY DAVIDSON v. MOSES SHINDLER. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN CONSTANTAKIS v. NICK A. GALANOS and Another.— Motion granted on condition that appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE EQUITABLE OFFICE BUILDING CORPORATION v. JACOB A. CANTOR and Others.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK (Cruger Avenue, Borough of The Bronx).— Motion granted. Order signed. · Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH COOPERSTEIN, as Administrator, etc., v. EDEN BRICK AND SUPPLY COMPANY.— Preference granted for November 14, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD McSWEENEY, an Infant, by BERNARD E. McSWEENEY, His Guardian ad Litem, v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Preference granted for November 14, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES KADIN, Appellant, v. DAVID SILBERSTEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES KADIN, Respondent, v. DAVID SILBERSTEIN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY J. SCHNITZER STATE BANK, Respondent, v. LOUIS M. JOSEPHTHAL and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERTHA ENGLER, as Administratrix, etc., of BENJAMIN ENGLER, Deceased, Respondent, v. SIMON ENGLER and Another, Individually and as the Sole Surviving Partners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the affidavits make out no proof to sustain the complaint; nor is there any competent proof of the damage alleged to have been sustained. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIUS D. BOOTH & SON, INC., Respondent, v. FAIR WAIST & DRESS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.